UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| LINDA J. NORWOOD and THE ORANGE GROVE CENTER, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | 1:23-CV-00111-DCLC-CHS |
| v. | ) ) ) | |
| DISABILITY RIGHTS TENNESSEE, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of United States Magistrate Judge Christopher H. Steger [Doc. 78]. On September 23, 2024, the magistrate judge granted Plaintiffs leave to file a Joint Amended Complaint and, as a result, recommends that Defendant Disability Rights Tennessee's ("DRT") Motion for Judgment on the Pleadings [Doc. 53] be dismissed as moot [Doc. 78, pg. 5]. No party has filed objections to the R&R and the time to do so has passed.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the magistrate judge properly analyzed the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 78] is **ADOPTED**. Accordingly, DRT's Motion for Judgment on the Pleadings [Doc. 53] is **DISMISSED AS MOOT**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).