IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| LINDA J. NORWOOD AND<br>THE ORANGE GROVE CENTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DISABILITY RIGHTS TENNESSEE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   CA No. 23-CV-00111 DCLC-DCH<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER OF SUBSTITUTION OF COUNSEL**

Upon agreement and for good cause shown, it is:

ORDERED that the firm of Grant, Konvalinka & Harrison, P.C. and John P. Konvalinka, April H. Sawhill, and Zachary Atchley be substituted as attorneys of record for Plaintiff, Linda J. Norwood, and Fielding Atchley and Zachary Atchley be allowed to withdraw as attorneys of record for the firm of McKoon, Williams, Atchley & Stulce, PLLC.

Enter this _____ day of _____, 2024.

**SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

MCKOON WILLIAMS ATCHLEY & STULCE, PLLC

By: /s/ Fielding Atchley
Fielding Atchley, BPR #001310
Zachary Atchley, BPR #040892
633 Chestnut Street, Suite 1500
Chattanooga, TN 37450
Telephone: (423) 756-6400
fatchley@mwalawfirm.com
zatchley@mwalawfirm.com
(Withdrawing for Plaintiff Norwood)


GRANT, KONVALINKA & HARRISON, P.C.

By: /s/April H. Sawhill
John P. Konvalinka, BPR #001780
April H. Sawhill, BPR #039906
Zachary Atchley, BPR #040892
633 Chestnut Street, Suite 900
Chattanooga, TN 37450
Telephone: (423) 756-8400
jkonvalinka@gkhpc.com
asawhill@gkhpc.com
(Substituting for Plaintiff Norwood)