IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

LINDA J. NORWOOD and )
THE ORANGE GROVE CENTER, INC. )
) Case No. 1:23-cv-111 DCLC-CHS
Plaintiffs, )
)
vs. )
)
DISABILITY RIGHTS TENNESSEE, )
)
Defendant. )

## STIPULATION TO DISMISS CASE

The parties hereby stipulate to dismiss the case under Rule 41(a)(1)(A)(ii). Each party will be responsible for its own costs.

*john konvalinka*
john konvalinka (Mar 19, 2025 15:38 EDT)

John P. Konvalinka (TN BPR #001780)
April H. Sawhill (TN BPR #039906)
**Grant, Konvalinka & Harrison, P.C.**
633 Chestnut Street, Suite 900
Chattanooga, TN 37450
(423) 756-8400 office
jkonvalinka@gkhpc.com
asawhill@gkhpc.com

***Counsel for Plaintiffs Linda Norwood and
The Orange Grove Center, Inc.***

[signature]

Jeremiah Jones, (BPR #040551)
9050 Executive Park Drive, Ste. B101
Knoxville, TN 37923
(865) 670-2944
jeremiahj@disabilityrightstn.org

***Counsel for Defendant/Counter-Plaintiff
Disability Rights Tennessee***

*Stacie Price*
Stacie Price (Mar 19, 2025 15:43 CDT)

Stacie L. Price (BPR #030625)
2 International Plaza, Ste. 825
Nashville, TN 37217
(615) 298-1080
staciep@disabilityrightstn.org
***Counsel for Defendant/Counter-Plaintiff
Disability Rights Tennessee***

## CERTIFICATE OF SERVICE

      I hereby certify that notice of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served as indicated below. Parties may access this filing through the Court's electronic filing system.

      This ___20th___ day of March, 2025.

                                                  *April Sawhill*
                                           April Sawhill (Mar 19, 2025 15:48 EDT)
                                               April H. Sawhill